UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
LG CAPITAL FUNDING, LLC,                                     :
                                                             :
                                                             :   ORDER
                                                             :
                              Plaintiff,                     :
                                                             :   17 Civ. 9181 (AKH)
       -against-                                             :
                                                             :
                                                             :
                                                             :
CARDINAL ENERGY GROUP, INC.,                                 :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On July 6, 2022, the parties notified the Court, via email, that they have reached a settlement in principle. A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

        SO ORDERED.

Dated:    July 6, 2022                                   __/s/ Alvin K. Hellerstein____
            New York, New York                 ALVIN K. HELLERSTEIN
                                                               United States District Judge